UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re:

MARIE ANNETTE DEYMAN,                              (Bankr. Case No. 13-09320)

        Debtor.

_____/

LISA E. GOCHA, Chapter 7 Trustee,

        Plaintiff,                              Case No.  1:16-CV-192
                                                 (Adv. Pro. No. 15-80171)

v.                                                HON. GORDON J. QUIST

SABRA FOSTER,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND ENTERING JUDGMENT IN FAVOR OF PLAINTIFF-TRUSTEE

The Court has reviewed the Report and Recommendation filed by the United States Bankruptcy Judge in this action.  The Report and Recommendation was duly served on Defendant on December 12, 2015.  No objections have been filed pursuant to Fed. R. Bankr. P. 9033. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Bankruptcy Judge (ECF No. 1-1), filed December 10, 2015, is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that judgment is entered in **favor of Plaintiff** and **against Defendant** in the amount of $7,452.00, together with interest at the statutory rate and costs of $350.00 for the filing fee.

Dated:  February 29, 2016                           _____/s/ Gordon J. Quist_____
                                                       GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE